UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Dejon Jackson     Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 84 ( ) ( )

Defendant __Dejon Jackson__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Dejon Jackson by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Dejon Jackson
_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

Francis L. O'Reilly
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/1/2021
_____
Date

Judith C. McCarthy
_____
U.S. District Judge/U.S. Magistrate Judge