UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

United States of America,

          -against-

Dejon Jackson,
                          Defendant(s).
----------------------------------------------------------------X

Notice of Adjournment
of Sentencing

7:21-CR-00084 (CS)

The Sentencing previously scheduled before this Court for **September 7, 2021 at 2:30 p.m.** is adjourned to **September 9, 2021 at 11:15 a.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                              /s/ Walter Clark, Courtroom Deputy

Dated: July 22, 2021
       White Plains, New York