UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

        -v.-

DEJON JACKSON,

        Defendant.

---------------------------------------------------------x

ORDER

No. 21-CR-84 (CS)

Seibel, J.

    The Probation Department has issued a petition for violation of supervised release ("VOSR") in the above-captioned case. The Court scheduled a hearing for May 8, 2025, but was advised by the U.S. Marshals Service that Defendant Dejon Jackson refused to attend, claiming that his attorney had advised him to refuse because the attorney was planning to get the VOSR transferred to Manhattan, where a new criminal case against Defendant is pending. That case was brought by Complaint; there has been no indictment yet and no District Judge is yet assigned. The Court rescheduled the VOSR proceeding for today, and the Marshals have advised that Mr. Jackson again refused to attend.

    Mr. Jackson needs to understand that attendance at court proceedings is not optional. He also needs to understand that at the moment, there is no District Judge in Manhattan to which the VOSR could be reassigned. He further needs to understand that even if there were, the VOSR would be reassigned to the Manhattan judge only if both that judge and the undersigned consented, which has not occurred.

    Mr. O'Reilly is directed to provide a copy of this Order to Mr. Jackson and to explain to Mr. Jackson his obligation to attend all proceedings scheduled by the Court.

      The Court further notes that while Mr. Jackson is represented by Mr. O'Reilly in connection with the above-captioned case, he was assigned a different CJA lawyer upon his arrest in the Manhattan case. It is obviously inefficient for one defendant to be represented by two different lawyers on related matters in the same District. Mr. O'Reilly is directed to communicate with Ms. Heller to see if they can agree on which of them will represent Mr. Jackson on both matters. He shall also provide Ms. Heller with a copy of this Order. If Mr. O'Reilly and Ms. Heller cannot agree, the Court will address the issue at the VOSR proceeding.

      The VOSR proceeding is rescheduled for May 20, 2025 at 10:15 am. The U.S. Marshals Service is hereby authorized to use force as reasonably necessary to secure Defendant Dejon Jackson's appearance at that proceeding.

SO ORDERED.

Dated: May 14, 2025
       White Plains, New York

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.