UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v.-                                          ORDER

DEJON JACKSON,                                 No. 21-CR-84 (CS)

                Defendant.

-------------------------------------------------------x

Seibel, J.

       Mr. O'Reilly, counsel for Defendant, is unavailable on May 20, 2025 due to other professional obligations.  Accordingly, the violation of supervised release proceeding is rescheduled to May 30, 2025 at 9:45 am.  Mr. O'Reilly is directed to provide a copy of this Order to Mr. Jackson and Ms. Heller.  All other provisions of my May 14. 2025 Order, (ECF No. 35), remain in effect, including that the U.S. Marshals Service is authorized to use force as reasonably necessary to secure Defendant Dejon Jackson's appearance at that proceeding.

SO ORDERED.

Dated: May 16, 2025
       White Plains, New York

                                                      CATHY SEIBEL, U.S.D.J.